

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-14-00051-CR,
06-14-00058-CR &
06-14-00059-CR

STEVEN DEWAYNE PRUITT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court Nos. 1323451, 1323371, & 1323452

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Steven DeWayne Pruitt appeals under three separate cause numbers his convictions of two counts of delivery of marihuana in a drug-free zone, and one count of burglary of a habitation with intent to commit aggravated assault. The clerk's records in these matters were filed April 25, 2014, and the reporter's records were filed August 13, making Pruitt's brief(s) originally due September 12. This deadline was extended twice by this Court on Pruitt's motions, resulting in the current due date of November 3. Pruitt has now filed a third motion seeking an additional extension of the briefing deadline.

We have reviewed Pruitt's third motion to extend time as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file Pruitt's appellate brief is overruled.

We order counsel to file Pruitt's appellate brief with this Court on or before December 3, 2014.

IT IS SO ORDERED.


BY THE COURT


Date:   November 13, 2014